UNITED STATES POSTAL SERVICE

June 7, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0568 9859 61**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 23, 2022, 12:52 pm |
| Location: | DALLAS, TX 75202 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | U S  Attorney  Chad Meacham |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: *[signature: BRET WILKINSON]*

Address of Recipient: *[handwritten: 1100 Commerce #3○]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

June 7, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0568 9812 91**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | May 23, 2022, 11:30 am |
| Location: | IRVING, TX 75063 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | Will Bierman |

| Shipment Details | |
|---|---|
| Weight: | 7.0oz |

**Recipient Signature**

Signature of Recipient: *Ashley*

Address of Recipient: *6500 Campus Circle Dr. E*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

![USPS Logo] UNITED STATES POSTAL SERVICE

June 7, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0568 9674 93**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 25, 2022, 6:45 am |
| Location: | WASHINGTON, DC 20529 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | Ur Mendoza Jaddou |

| Shipment Details | |
|---|---|
| Weight: | 11.0oz |

**Recipient Signature**

Signature of Recipient: *K Lusby*

Address of Recipient: [scanned numbers]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

June 7, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0568 9800 41**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | May 23, 2022, 1:22 pm |
| Location: | LEES SUMMIT, MO 64002 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | Terri Robinson USCIS |

| Shipment Details | |
|---|---|
| Weight: | 7.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X Department of Homeland Security, National Benefit Center |
| Address of Recipient: | [illegible] |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

June 7, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5112 0254 0568 9615 69**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | May 26, 2022, 4:56 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | Attorney General Merrick Garland |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: *[signature: Eddie Anderson]*
Printed Name: EDDIE L. ANDERSON
Address of Recipient: Justice 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004